## George Edwards, Appellant, v. Irvin E. Wernick, Appellee.

Gen. No. 10,033.

Heard in this court at the May term, 1945; opinion filed October 22, 1945; rehearing denied November 28, 1945; released for publication November 29, 1945. John R. Snively, for appellant; Raphael E. Yalden, for appellee. Opinion by JUSTICE BRISTOW. Not to be published in full.